**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ANDERSON DIVISION**

| | |
|---|---|
| MIKAYLA HILL,<br><br>      Plaintiff,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS, INC.,<br><br>      Defendant. | **Case No.:** 8:24-cv-02643-TMC<br><br> **NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Mikayla Hill and Defendant LexisNexis Risk Solutions, Inc. ("Lexis"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED this 21ST day of November 2024.

*/s/ Dawn McCraw*
Dawn McCraw (SCB #105059)
Consumer Attorneys
8095 N 85th Way
Scottsdale, AZ 85258
T: (602) 807-1527
F: (718) 715-1750
E: dmccraw@consumerattorneys.com

1

*Attorneys for Plaintiff,*
*Mikayla Hill*


## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Dawn McCraw*