**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION**

| | |
|---|---|
| MIKAYLA HILL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS, INC.,<br><br>　　　　　Defendant. | **Case No.:** 8:24-cv-02643-TMC<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT LEXISNEXIS RISK SOLUTIONS INC.** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Mikayla Hill and Defendant LexisNexis Risk Solutions Inc. ("LexisNexis Risk"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant LexisNexis Risk.  Each party will bear its own costs and fees.

RESPECTFULLY SUBMITTED this 27th day of January 2025.

| | |
|---|---|
| *By: /s/ Dawn McCraw*<br>Dawn McCraw (SCB #105059)<br>**Consumer Justice Law Firm PLC**<br>8095 N 85th Way<br>Scottsdale, AZ 85258<br>T: (602) 807-1527<br>F: (480) 613-7737<br>E: dmccraw@consumerjustice.com<br><br>*Attorney for Plaintiff,*<br>*Mikayla Hill* | *By: /s/ Susie J. Lloyd*<br>Susie J. Lloyd<br>Fed. Bar No. 13738<br>**TROUTMAN PEPPER LOCKE LLP**<br>301 S. College Street, Suite 3400<br>Charlotte, NC 28202<br>Telephone: 704-916-2370<br>Email: susie.lloyd@troutman.com<br><br><br>*Counsel for Defendant,*<br>*LexisNexis Risk Solutions, Inc.* |

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Dawn McCraw*